**This document was signed electronically on September 20, 2007, which may be different from its entry on the record.**

IT IS SO ORDERED.



Dated: September 20, 2007

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Ronald Jack Hilditch | ) Chapter 13 Case No. 05-19299-M |
| | Kierstin Ann Hilditch | ) Hon. Pat E. Morgenstern-Clarren |
| | Debtors | ) |

### ORDER GRANTING TRUSTEE'S MOTION TO MODIFY PLAN

This case came on for consideration upon the Trustee's Motion to Modify Debtors' Confirmed Plan ("Trustee's Motion").

**IT APPEARS** to the Court that no objection to the Trustee's Motion has been timely filed, and accordingly the Trustee's Motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Trustee's Motion to Modify Debtors' Confirmed Plan be and it hereby is granted, and

**IT IS FURTHER ORDERED** that, pursuant to the terms of the Trustee's Motion, the Plan is hereby modified to raise the dividend to unsecured creditors to one hundred per cent (100%) of allowed claims.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268  Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Order was sent electronically and/or by regular U.S. mail to the following:

Craig Shopneck, Trustee
200 Public Square, BP Tower Suite 3860
Cleveland, OH 44114-2321
VIA MAILBOX AT COURT

William J Balena, Attorney for Debtors
511 W Broad St
Elyria OH 44035

Kierstin Ann & Ronald Jack Hilditch, Debtors
137 Antoinette
Elyria OH 44035

CS/bas
09/19/07

###